UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL McGORE,

        Plaintiff,

v.                                                               Case No. 2:18-cv-10355
                                                               Hon. Victoria A. Roberts

MICHIGAN PAROLE BOARD,
ET. SEQ,

       Defendants.
_____/

**OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE**

This is a civil action brought by Darryl McGore, a state prisoner incarcerated at the Baraga Maximum Correctional Facility, in Ionia, Michigan. On February 5, 2018, the Court issued an order to correct Plaintiff's filing deficiency because Plaintiff did not submit the filing fee or a properly completed and supported application for leave to file in forma pauperis. Dkt. 2. Plaintiff was given until March 7, 2018, to correct the filing deficiency or face dismissal of his action. Plaintiff has not complied with the order to correct his filing deficiency.

Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See Fed. R. Civ. P. 41(b), *Erby v. Kula*, 113 Fed. Appx. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 Fed. Appx. 804, 805 (6th Cir. 2003).

        **SO ORDERED.**

                                                               S/Victoria A. Roberts
                                                               Hon. Victoria A. Roberts
                                                               United States District Judge

Dated: March 29, 2018